MARK WESBROOKS
THE WESBROOKS LAW FIRM, P.L.L.C.
15396 N. 83rd Ave., Ste. C100
Peoria, Arizona 85381
(602) 262-0390 Fax: (602) 297-6580
Mark.Wesbrooks@azbar.org
State Bar No. 018690
Attorney for Debtor

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>CECILIA CONCEPCION GALINDO,<br><br>Debtor. | Chapter 13<br><br>Case No. 2-12-bk-24434 DPC<br><br>**STIPULATED ORDER CONFIRMING CHAPTER 13 PLAN** |

The Chapter 13 Plan having been properly noticed out to creditors and no objections having been filed,

**IT IS ORDERED** Confirming the Plan of Debtor as follows:

A. **INCOME SUBMITTED TO THE PLAN.** Debtor shall submit the following amounts of future income to the Trustee for distribution under the Plan.

1. <u>Future Earnings or Income.</u> Debtor shall make the following monthly Plan Payments:

   | Months | Payments |
   |---|---|
   | 1-60 | $290.00 |

The payments are due on or before the **8th day** of each month commencing December 08, 2012. Debtor is advised that when payments are remitted late, additional interest may accrue on secured debts, which may result in a funding shortfall at the end of the Plan term. **Any funding shortfall must be cured before the plan can be discharged.**

The Debtor shall provide, directly to the Trustee copies of their **federal** and **state** income tax returns for each year for tax years 2012, 2013, 2014, 2015, and 2016, within 30 days of filing. The purpose is to assist the Trustee in determining any change in debtor's annual disposable income.

*In re Cecilia Galindo*
*Case No. 2:12-bk-24434 DPC*

2. <u>Other Property.</u> In no event will the term of the Plan be reduced to less than 60 months, exclusive of any property recovered by the Trustee, unless all allowed claims are paid in full. **Debtor shall turnover tax refunds to the Trustee for tax years 2012, 2013, and 2014 to be applied as supplements to payments otherwise required under the Plan.**

B. **DURATION.** This Plan shall continue for **60 months** from the first regular monthly payment described in Paragraph (A)(1) above. If at any time before the end of the Plan period all claims are paid, then the Plan shall terminate.

C. **CLASSIFICATION AND TREATMENT OF CLAIMS.** Claims shall be classified and paid as listed below. The Plan and this Order shall not constitute an informal proof of claim for any creditor. The Trustee shall receive the percentage fee on the Plan payments pursuant to 28 U.S.C. Section 586(e), then the Trustee will pay creditors in the following order:

1. <u>Administrative Expenses:</u>

    <u>Attorney Fees.</u> Mark Wesbrooks, Esq. shall be allowed total compensation of $4,500.00 Counsel received $584.00 prior to filing this case and will be paid $3,916.00 by the Chapter 13Trustee.

2. <u>Claims Secured by Real Property:</u> None.

3. <u>Claims Secured by Personal Property:</u>

    Santander Consumer USA, secured by a lien in a 2006 Honda Accord, shall be paid $8,521.00 with 7% interest. The Creditor will receive adequate protection payments of $86.00 per month. The balance of the claim shall be classified as an unsecured non-priority claim subject to discharge upon completion of the Plan.

4. <u>Unsecured Priority claims:</u> None.

5. <u>Surrendered Property.</u> None.

6. <u>Other Provisions:</u> None.

7. <u>Unsecured Nonpriority Claims.</u> All other claims shall be classified as unsecured and nonpriority. Such claims shall be paid pro rata the balance of the payments under the plan and any unsecured debt balance remaining unpaid at the end of the Plan may be discharged as provided in 11 U.S.C. Section 1328.

D. **EFFECTIVE DATE AND VESTING.** The effective date of the Plan shall be the date of this Order. Property of the estate vests in Debtors upon confirmation.

///
///

*In re: Cecilia Galindo*
*Case No. 2:12-bk-24434 DPC*

2

Case 2:12-bk-24434-DPC   Doc 22   Filed 03/03/13   Entered 03/04/13 09:06:14   Desc
- Order Confirming Chapter 13 Plan   Page 2 of 3

---
### ORDER SIGNED ABOVE
---

                                              Hon. Daniel P. Collins
                                              United States Bankruptcy Court

Approved as to Form and Content By:

_____
Edward Maney, Trustee

Lav. Horak 027164 for Mark Wesbrooks
/s/ Mark Wesbrooks  by permission
Mark Wesbrooks, ABN 018690
Attorney for Debtor(s)

*In Re: Cecilia Galindo*
*Case No. 2:12-bk-24434 DPC*

3

Case 2:12-bk-24434-DPC    Doc 22    Filed 03/03/13    Entered 03/04/13 09:06:14    Desc
- Order Confirming Chapter 13 Plan    Page 3 of 3